SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
MOE KESHAVARZI, Cal. Bar No. 223759
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398
E mail:  mkeshavarzi@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
WYNTER L. DEAGLE, Cal Bar No. 296501
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691
E mail:  wdeagle@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
BENJAMIN D. BROOKS, Cal. Bar No. 314373
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815
E mail  bbrooks@sheppardmullin.com

Attorneys for Defendant
PENNEY OPCO, LLC d/b/a JCPENNEY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELLE ARGUELLES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>PENNEY OPCO, LLC, d/b/a JCPENNEY,<br><br>    Defendant. | Case No. 23-cv-0981-BAS-DDL<br><br>**JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS RELATED TO JCPENNEY'S MOTION FOR SUMMARY JUDGMENT**<br><br>The Hon. Cynthia Bashant<br>Complaint Filed: May 26, 2023<br>Trial Date: None Set |

Pursuant to this Court's Standing Order for Civil Cases Section 4.G, the parties submit the following Joint Statement of Undisputed Material Facts related to JCPenney's motion for summary judgment (Dkt. 77).  Following meet-and-confer by the parties, there are certain facts with respect to which parties were unable to agree.  Accordingly, the Joint Statement identifies only undisputed material facts.

1. JCPenney contracted with NICE to provide certain software services, including workforce management and the Chat Feature.

2. NICE subcontracted with Vergic to provide chat functionality to JCPenney.

3. In 2022, Plaintiff received an advertising email from attorney Jennifer Duffy about investigating companies' online chat features for potential eavesdropping violations ("advertising email").

4. The advertising email did not mention JCPenney.

5. In late 2022, Plaintiff contacted Ms. Duffy after receiving the advertising email.

6. Plaintiff chatted with JCPenney on January 7, 2023.

7. Plaintiff's counsel hired a consulting expert to aid in the January 7, 2023 chat between Plaintiff and JCPenney.

Dated:  February 18, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   */s/ Benjamin D. Brooks*
　　　BENJAMIN D. BROOKS

Attorneys for Defendant
PENNEY OPCO, LLC d/b/a JCPENNEY

| | | |
|---|---|---|
| 1 | Dated: February 18, 2025 | /s/ Andrew R. Tate |
| 2 | | ANDREW R. TATE |

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
BRANDON M. WISE
(IL Bar # 6319580)*
*bwise@peifferwolf.com*
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Tel: (314) 833-4825

ANDREW R. TATE
(GA Bar # 518068)*
*atate@peifferwolf.com*
235 Peachtree Street NE
Suite 400
Atlanta, GA 30303
Tel: (404) 282-4806

*(pro hac vice granted)*

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
ALEXIS M. WOOD
*alexis@consumersadvocates.com*
KAS L. GALLUCCI
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

***Counsel for Plaintiff and the Proposed Class***

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Andrew Tate counsel for Plaintiff Noelle Arguelles and that I have obtained Mr. Tate's authorization to affix his electronic signature to this document.

Dated:   February 18, 2024            /s/ Benjamin D. Brooks
                                      Benjamin D. Brooks