

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELLE ARGUELLES, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PENNEY OPCO, LLC, d/b/a JCPENNEY,<br><br>　　　　　　　　Defendant. | Case No. 23-cv-00981-BAS-DDL<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS**<br><br>**(ECF No. 92)** |

　　Pending before the Court is the parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the instant action. (ECF No. 92.)

　　Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B). However, the local civil rules of this district require that where, as here,

litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion. *See* CivLR 7.2.

Having considered the parties' submission, the Court **GRANTS** the Joint Motion. (ECF No. 92.) Accordingly, the individual claims of Plaintiff Noelle Arguelles against Defendant are **DISMISSED WITH PREJUDICE**. The claims of the putative class members are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: August 27, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**